# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **MOBILE MOTHERBOARD INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. WA-23-CV-445-KC** |
| § | |
| **MELE TECHNOLOGIES** § | |
| **(SHENZHEN) CO., LTD.,** § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered Plaintiff Mobile Motherboard Inc.'s Notice of Voluntary Dismissal with Prejudice, ECF No. 9, filed on November 13, 2023. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 14th day of November, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE